**Appeal Reinstated and Order filed June 26, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-10-01127-CV
_____

**NEW DELIVERANCE CHURCH, INC., Appellant**

**V.**

**ADAM MILLER, HOUSSIERE, DURANT & HOUSSIERE, LLP, AND HRD CORPORATION D/B/A MARCUS OIL & CHEMICAL, Appellees**

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2004-70043A**

---

## R E I N S T A T E M E N T   O R D E R

Appellee HRD Corporation d/b/a Marcus Oil & Chemical petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 11-36020. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing, on July 28, 2011, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On June 18, 2012, appellee filed a motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3(a). Attached to the motion is a true copy of the bankruptcy court's order dismissing the bankruptcy case.

The motion is granted. Accordingly, the case is ordered **REINSTATED** and placed on the court's active docket.

PER CURIAM